UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOSEPH ORTIZ, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiff,

                v.

CONDOR OUTDOOR PRODUCTS INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No.: 1:22-cv-707

ECF CASE

**<u>STIPULATION OF DISMISSAL</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JOSEPH

ORTIZ, and Defendant, CONDOR OUTDOOR PRODUCTS INC., in accordance with Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be

dismissed without prejudice and without fees and costs.

Dated: New York, New York
       June 5, 2023

GOTTLIEB & ASSOCIATES

For Plaintiff:

Jeffrey M. Gottlieb, Esq.
150 East 18th Street
New York, NY 10003
Email: Jeffrey@gottlieb.legal
Phone: (212) 228-9795
Fax:   (212) 982-6284

THE KARLIN LAW FIRM, LLP

For Defendant:

L. Scott Karlin, Esq.
13522 Newport Avenue Suite 201
Tustin, CA 92780
Email: Staff@karlinlaw.Com
Phone: 714-731-3283
Fax: